

# Fourth Court of Appeals

### San Antonio, Texas

## JUDGMENT

No. 04-21-00031-CV

**IN THE INTEREST OF C.C.**, a Child

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-12410
Honorable Martha Tanner, Judge Presiding[1]

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's order of termination is AFFIRMED. We ORDER that no costs be assessed against C.C. in relation to this appeal because she qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED July 28, 2021.

_____
Beth Watkins, Justice

---

[1] The Honorable Mary Lou Alvarez is the presiding judge of the 45th Judicial District Court, Bexar County, Texas. However, a visiting judge, the Honorable Martha Tanner, presided over this trial and signed the order at issue.